**No. 39616.**—Protests 694058–G, etc., of Greenberg & Josefsberg (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the balls and tennis rackets in question were held dutiable at 30 percent under paragraph 1502. Rubber mice were held dutiable at 25 percent under paragraph 1537. *May* v. *United States* (T. D. 47760), *Woolworth* v. *United States* (T. D. 48573), and Abstracts 27179, and 31963 followed.